**ÆTNA LIFE INSURANCE CO. v. Margaret M. WHITE.**

No. 6515.

Circuit Court of Appeals, Sixth Circuit.

Feb. 8, 1934.

Howard & Howard, of Kalamazoo, Mich., and Stevenson, Butzel, Eaman & Long, Detroit, Mich., for appellant.

Carney & Carney, of Kalamazoo, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

---

**ALGOMA LUMBER COMPANY et al., Petitioners, v. FEDERAL TRADE COMMISSION, Respondent.**

No. 6716.

Circuit Court of Appeals, Ninth Circuit.

Feb. 20, 1934.

See, also, 56 F.(2d) 774; 64 F.(2d) 618.

McCutchen, Olney, Mannon & Greene, of San Francisco, Cal., for petitioners.

Robert E. Healy, Chief Counsel, Federal Trade Comm., of Washington, D. C., for respondent.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

This matter coming on for further proceedings, ordered mandate of Supreme Court of the United States in this cause filed 54 S. Ct. 67, 78 L. Ed. ——; that the decree of this court, filed and entered April 4, 1933 [64 F.(2d) 618] be vacated and set aside; that a decree be filed and entered in accordance with the mandate of the said Supreme Court; and that the mandate of this court issue forthwith.

---

**ATLANTIC LIGHTERAGE CORPORATION, Libelant-Appellant, and the American Insurance Company et al., Interveners-Appellants, v. THE Steamship PRESIDENT HAYES, Her Engines, etc., Dollar Steamship Lines, Claimant-Appellee.**

No. 123.

Circuit Court of Appeals, Second Circuit.

Jan. 8, 1934.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Frederic Conger, both of New York City, of counsel), for appellant Atlantic Lighterage Corporation.

Single & Hill, of New York City (Thomas H. Middleton, of New York City, of counsel), for interveners-appellants.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (3 F. Supp. 717) affirmed on the authority of The Fort St. George (The Olympic) 27 F.(2d) 788 (C. C. A. 2), and Commonwealth, etc., v. United States, 20 F.(2d) 729 (C. C. A. 2).